New Jersey District Court
Newark, NJ
Judge Peter G. Sheridan
Ref: Case No. 05-1390

Dear Judge:

I will be going to a funeral as of May 15, 2008. Plaintiff seeks adjournment of this hearing schedule.

Thank You,

*[signature]*

5/12/08

Hearing is adjourned until May 29, 2008 at 10 AM

SO ORDERED: *[signature: Peter G. Sheridan]*
DATED: 5/13/08